NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of C.A.A. and B.G.M., )
minor children. )
)
_____ )
)
K.P., )
)
       Appellant, )
)
v. )    Case No. 2D18-3708
)
LEENETTA BLANTON CARDEN, P.A., )
)
       Appellee. )
_____ )

Opinion filed June 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Scott Robbins, Tampa, for Appellant.

Leenetta Blanton Carden of Leenetta
Blanton Carden, P.A., Tampa, for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and CASANUEVA, and MORRIS, JJ., Concur.